# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| REBECCA CASTILLO, | |
| Plaintiff, | Civ. No. 1:17-cv-08480 |
| v. | Honorable Andrew L Carter, Jr. U.S.D.J. |
| FOOT LOCKER, INC., | **ELECTRONICALLY FILED** |
| Defendant. | |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Foot Locker, Inc., in the above captioned action, certifies that the following are parents, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public: Foot Locker, Inc. is publicly-traded on the New York Stock Exchange; Foot Locker does not have a parent corporation; and there are no publicly held corporations that own ten percent or more of its stock.

/s/ *Matthew J. Fedor*
Matthew J. Fedor

DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas
41st Floor
New York, NY  10036-2714
*Telephone*:  (212) 248-3140
*Facsimile*:  (212) 248-3141
Mathew.fedor@dbr.com
*Attorneys for Defendant Foot Locker, Inc.*

Dated:  January 4, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

/s/ *Matthew J. Fedor*
Matthew J. Fedor

DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas
41st Floor
New York, NY  10036-2714
*Telephone*:  (212) 248-3140
*Facsimile*:  (212) 248-3141
Mathew.fedor@dbr.com
*Attorneys for Defendant Foot Locker, Inc.*
