USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-5-18

# DrinkerBiddle&Reath LLP

N9
973-360-9831 Fax
Matthew.fedor@dbr.com

*Law Offices*
1177 Avenue of the Americas
41st Floor
New York, NY
10036-2714

(212) 248-3140
(212) 248-3141 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON D.C.
WISCONSIN

January 4, 2018

**MEMO ENDORSED**

**VIA ECF & EMAIL**

Hon. Andrew L. Carter, Jr., U.S.D.J
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    Castillo v. Foot Locker, Inc.,
            Civil No. 17-cv-08480-ALC-KHP

Dear Judge Carter:

    We write on behalf of Defendant Foot Locker Inc., to request an extension of time to respond to the complaint while the parties discuss the potential for a resolution of this matter. Foot Locker's current deadline to respond to the complaint is January 8, 2018. We respectfully request a new deadline of **January 29, 2018.** No other extensions have been requested. Plaintiff consents to this request.

    Thank you for your consideration of this matter.

                              Respectfully submitted,

                              /s/ *Matthew J. Fedor*
                              Matthew J. Fedor

cc:    All counsel of record (via ECF)

*[Signed: Andrew L. Carter]*
1-5-18

*Established* 1849