**MEMO ENDORSED**

# DrinkerBiddle&Reath LLP

Matthew J. Fedor
973-549-7329 Direct
973-360-9831 Fax
Matthew.fedor@dbr.com

Law Offices
1177 Avenue of the Americas
41st Floor
New York, NY
10036-2714

(212) 248-3140
(212) 248-3141 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON D.C.
WISCONSIN

January 26, 2018

**VIA ECF & EMAIL**

Hon. Andrew L. Carter, Jr., U.S.D.J
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Castillo v. Foot Locker, Inc.,
      Civil No. 17-cv-08480-ALC-KHP

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-29-18

Dear Judge Carter:

We write on behalf of Defendant Foot Locker Inc., to request an extension of time to respond to the complaint while the parties continue to discuss the potential resolution of this matter. Pursuant to this Court's previous extension (ECF No. 9), Foot Locker's current deadline to respond to the complaint is January 29, 2018. We respectfully request a new deadline of **February 19, 2018**. Plaintiff consents to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Matthew J. Fedor
Matthew J. Fedor

cc:   All counsel of record (via ECF)

So Ordered.

/s/ Andrew L. Carter
1-29-18

Established 1849