USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-20-18

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA CASTILLO, an individual,<br><br>Plaintiff,<br>v.<br><br>FOOT LOCKER, INC.<br><br>Defendant. | Case No. 1:17-cv-08480<br><br>Honorable Judge Andrew L. Carter Jr. |

### JOINT STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice. A resolution of all matters in dispute have been made pursuant to a Confidential Settlement Agreement executed between the parties. Each shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

**STIPULATED AND AGREED:**

_____
Javier L. Merino, Esq.
DANNLAW
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
Phone: 201-355-3440
jmerino@dannlaw.com
DisabilityNotices@dannlaw.com
*Counsel for Plaintiff*
Dated: February 16, 2018

_____
Matthew J. Fedor Esq.
Drinker Biddle & Reath LLP
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Phone: 212-248-3140
Matthew.fedor@dbr.com
*Counsel for Defendant*
Dated: February 16, 2018

SO ORDERED:

_____ Date: 2-20-18
Hon. Andrew L. Carter Jr.